# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**JAIME LUEVANO,**

          **Petitioner.**

Civil Action No.
17-12030-IT

## ORDER OF DISMISSAL

**TALWANI, D.J.**

    Jaime Luevano, a Texas state inmate, submitted two pages for filing: a one-page, handwritten document captioned "Emergency Brief to Recall All Filings, Etc." and a copy of a Texas prison review committee decision denying his appeal of a decision not allowing him to mail certain correspondence to the United States Court of Appeals in Boston, Massachusetts. The copy of the prison review committee decision includes handwritten notations.

    Under 28 U.S.C. § 1915(A), prisoner complaints seeking redress from a governmental entity are subject to *sua sponte* dismissal if the claims therein are frivolous, malicious or fail to state a claim on which relief may be granted. Here, Luevano may be seeking redress of the prison review committee decision, but he fails to identify any defendants, fails to set forth a comprehensible statement of facts, fails to state any basis for this court's jurisdiction, and fails to state any cognizable claim for relief that may be granted by this court.

    Accordingly, this action is DISMISSED without prejudice.

**So ordered.**

                                   /s/ Indira Talwani
                                   Indira Talwani
                                   United States District Judge

Dated: February 27, 2018